FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH HISSAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL ONE FINANCIAL CORP.,<br><br>　　　　Defendant. | No.  4:22-CV-05131-SAB<br><br>**ORDER DISMISSING CASE** |

　　　On February 22, 2023, the Court dismissed *pro se* Plaintiff's Amended Complaint for failure to state a claim upon which relief can be granted. ECF No. 10. The Court granted Plaintiff leave to file a Second Amended Complaint and stated failure to file would result in dismissal of the action. *Id.* Plaintiff has not filed. Accordingly, **IT IS HEREBY ORDERED**:

　　　1.　　The above-captioned case is **DISMISSED**, and the Clerk of Court is directed to **CLOSE** the file.

　　　**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel and *pro se* Plaintiff.

　　　**DATED** this 9th day of June 2023.



　　　　　　　　　　　　　　　　Stanley A. Bastian
　　　　　　　　　　　　　Chief United States District Judge

**ORDER DISMISSING CASE** *1